**FILED**
August 20, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: NM
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **WILFRED ALEXANDER GAONA GALLARDO, A# 240 313 787,** | § | |
| **Petitioner,** | § | |
| **v.** | § | **SA-26-CV-05328-OLG** |
| **WARDEN, South Texas ICE Processing Center, ET AL.,** | § | |
| **Respondents.** | § | |

**ORDER OF DISMISSAL**

Before the Court is *pro se* Petitioner Wilfred Alexander Gaona Gallardo's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. (Dkt. No. 1). After review, the Court orders Petitioner's § 2241 Petition **DISMISSED WITHOUT PREJUDICE.** (*Id.*).

Petitioner first filed a § 2241 habeas Petition on August 10, 2026, in which he generally challenges his continued detention. *See Wilfred Alexander Gaona Gallardo v. Director, S. Tex. ICE Process. Ctr., et al.*, No. 5:26-CV-05171-OLG (Dkt. No. 1) (W.D. Tex., filed Aug. 10, 2026). A service order was rendered in that case on August 19, 2026. *Id.* (Dkt. No. 3). After filing the Petition in No. 5:26-CV-05171-OLG, Petitioner filed a second partial Petition that contained only two pages—the first page of the § 2241 form and the signature page. (Dkt. No. 1). Both cases were assigned to the Undersigned.

Because Petitioner has filed two § 2241 habeas Petitions, a service order has already been rendered in No. 26-CV-05171-OLG, and the second-filed Petition is merely a partial petition containing no actual grounds, the Court finds the second-filed matter, i.e., the instant matter, should be dismissed and closed. Any and all future filings by the parties must be made ***only*** in No. 5:26-CV-05171-OLG, the first-filed matter.

**IT IS THEREFORE ORDERED** that *pro se* Petitioner Wilfred Alexander Gaona Gallardo's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus (Dkt. No. 1) **DISMISSED WITHOUT PREJUDICE**.

This Order of Dismissal is a **FINAL JUDGMENT**, and the Clerk is directed to **CLOSE** this case upon its entry.

It is **SO ORDERED**.

**SIGNED** this 20 day of August, 2026.

ORLANDO L. GARCIA
United States District Judge